1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   JOSE ARNULFO GONZALEZ
6

7                 IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,       )  NO. CR.S-11-032-LKK
                                   )
11              Plaintiff,         )
                                   )  **STIPULATION AND ORDER;**
12      v.                         )  **CONTINUING STATUS CONFERENCE**
                                   )      **AND EXCLUDING TIME**
13 JOSE ARNULFO GONZALEZ,          )
                                   )  Date: April 5, 2011
14              Defendant.         )  Time: 9:15 a.m.
   _____ )  Judge: Hon. Lawrence K. Karlton
15

16      IT IS HEREBY STIPULATED by and between the parties hereto through

17 their respective counsel, MICHELE BECKWITH, Assistant United States

18 Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for JOSE

19 ARNULFO GONZALEZ, that the status conference hearing date of March 22,

20 2011 be vacated, and the matter be set for status conference on April

21 5, 2011 at 9:15 a.m.

22      The reason for this continuance is to allow defense counsel

23 additional time to review the discovery, consult with her client,

24 examine possible defenses, and continue investigating the facts of the

25 case.  Based upon the foregoing, the parties agree that the time under

26 the Speedy Trial Act should be excluded from the date of signing of

27 this order through and including April 5, 2011 pursuant to 18 U.S.C.

28 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

T4 based upon continuity of counsel and defense preparation.

DATED:   March 17, 2011.                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender

                                            /s/ Courtney Fein
                                            COURTNEY FEIN
                                            Designated Counsel for Service
                                            Attorney for JOSE ARNULFO GONZALEZ

DATED:   March 17, 2011.                    BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ Michele Beckwith
                                            MICHELE BECKWITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

                                    ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 22, 2011, status conference hearing be continued to April 5, 2011, at 9:15 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the April 5, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: March 17, 2011

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT