BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. S-11-032 LKK |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE AND EXCLUDING |
| JOSE ARNULFO GONZALEZ, | ) TIME |
| Defendant. | ) |

The parties appeared before the undersigned on May 10, 2011. The defendant's request for substitution of counsel was granted, and Gilbert Roque was appointed as defense counsel.

Based on the need for newly appointed counsel to familiarize himself with discovery and to confer with government counsel regarding a potential resolution of the case, this matter is continued for a further status conference on June 21, 2011, at 9:15 a.m. The Court finds that the ends of justice to be served by continuing the status conference outweigh the best interests of the public and the defendant in a speedy trial. For the foregoing reasons, it is ordered that time from the date of the

1

1   May 10, 2011 status conference, to and including, the June 21,
2   2011, status conference shall be excluded from computation of
3   time within which the trial of this matter must be commenced
4   under the Speedy Trial Act pursuant to 18 U.S.C. §
5   3161(h)(7)(B)(iv) and Local Code T-4.

Dated: May 12, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT